# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GREGORY HARRIS,**
**DOC # M38811,**

    **Plaintiff,**

v.                         Case No. 4:19cv339-MW/CAS

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g). This case is **DISMISSED without prejudice** to Plaintiff's refiling an action if he simultaneously submits the $400.00 filing fee because Plaintiff is not facing imminent danger from the Defendants and he did not truthfully disclose his prior litigation history. The Clerk shall note on the docket

1

that this cause is dismissed pursuant to U.S.C. § 1915(g)." The Clerk shall also close the file.

**SO ORDERED on September 17, 2019.**

**s/Mark E. Walker             
Chief United States District Judge**
